1

2  **UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
3                                    AT TACOMA**

4  **UNITED STATES OF AMERICA,**

5                **Plaintiff,**                    Case No.  CR90-1089RJB

6        **v.**                                    **INITIAL ORDER RE: ALLEGATIONS
                                                   OF VIOLATION OF CONDITIONS
7  **ALEXANDER HERBERT LUSCIER, JR.**             OF SUPERVISION BY UNITED
                                                   STATES PROBATION OFFICE**
8                **Defendant.**

9

10

11        **THIS MATTER** comes on for hearing on the Petition of the United States Probation Office
   alleging that the defendant has violated the conditions of supervision.

12        The plaintiff appears through Special/Assistant United States Attorney, **BARBARA SIEVERS:**

13        The defendant appears personally and represented by counsel, **JOHN CARPENTER;**

14        The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of
15 supervision; the defendant has been advised of the allegation(s) and maximum potential sanction if
   substantiated; and the court finding probable cause with regard to the alleged violation(s);

16        The matter is scheduled for hearing  before the Honorable **ROBERT J BRYAN:**

17                        **Date: NOVEMBER 18, 2010**

18                        **Time: 9:30 AM**

19  (   ) Defendant is released pending the above scheduled hearing.

20  ( X )  **Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any
21 other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered
   by the court for further proceedings.**

22        The clerks shall direct copies of this order to counsel for the United States, to counsel for the
23 defendant, the United States Marshal and to the United States Probation Office.  This Order is entered
   without prejudice to review.

24                                    November 10, 2010.

25

26

27                                    _J. Richard Creatura_____
                                      J. Richard Creatura
28                                    United States Magistrate Judge

ORDER
Page - 1